**Order entered May 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01538-CR

**DOMINGO SANCHEZ-RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80148-2012**

## ORDER

The Court **REINSTATES** the appeal.

On April 8, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Danette Alvarado; and (3) appellant's brief will be filed by May 13, 2013. During the hearing on our order, information was presented that Ms. Alvarado was appointed to replace the attorney who had originally been appointed to represent appellant, but that order was not transmitted to this Court.

Accordingly, we **DIRECT** the Clerk to substitute Danette Alvarado as appellant's appointed attorney of record in place of William Henry Underwood.

We **GRANT** appellant's May 2, 2013 motion to extend time to file his brief. We **ORDER** appellant to file his brief by **MAY 13, 2013**.

/s/    DAVID EVANS
       JUSTICE